People of the State of Illinois, Appellee, v. Ward Jones, Appellant.

Gen. No. 69–163. (Abstract of Decision.)

Fifth District.

May 13, 1970.

Orwin H. Pugh, Public Defender of Jackson County, of Murphysboro, for appellant; Richard E. Richman, State's Attorney of Jackson County, of Murphysboro, for appellee. Opinion by PRESIDING JUSTICE MORAN. Not to be published in full.